```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  DARIO LARA JACOME,

                      Plaintiff,            MEMORANDUM & ORDER
                                            22-CV-6521(EK)(MMH)
          -against-

  KOSHER BRAVO PIZZA LLC and YOSSEF
  AZIZO,

                      Defendants.
-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The court has received Magistrate Judge Henry's Report and Recommendation (R&R) dated April 15, 2024. ECF No. 23. Judge Henry recommends that the court dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Neither party has filed objections and the time to do so has expired. Accordingly, the court reviews Judge Henry's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* State Farm Mut. Auto. Ins. Co. v. Grafman, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, this action is dismissed for failure to

prosecute.  The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

        /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    May 1, 2024
          Brooklyn, New York